UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 19-81089
Kimberly Deanne Neilson )
aka Kim D. Neilson )
) Chapter: 13
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

### Order Granting Motion of Nissan Motor Acceptance Corporation dba Nissan Infiniti LT to Modify Automatic Stay

This matter coming to be heard on the Motion of Nissan Motor Acceptance Corporation dba Nissan Infiniti LT for Relief from Stay due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified to permit Nissan Motor Acceptance Corporation dba Nissan Infiniti LT to pursue its non-bankruptcy remedies with respect to the property known as a 2017 NISSAN PATHFINDER - VIN 5N1DR2MM4HC906383. In rem remedies only.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: December 03, 2020

**Prepared by:**

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com