**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-81089 |
| Kimberly Deanne Neilson<br>aka Kim D. Neilson; | CHAPTER 13 |
| | JUDGE Thomas M. Lynch |
| Debtor(s). | |

**NOTICE OF MOTION**

TO:   See attached list

   PLEASE TAKE NOTICE that on October 13, 2022, at 9:00 a.m., I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, and present the motion of U.S. Bank National Association to lift the automatic stay, a copy of which is attached.

   **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

   **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

   **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

   **Meeting ID and password.** The meeting ID for this hearing is 160 291 5226 and the password is 852255. The meeting ID and password can also be found on the judge's page on the court's web site.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

   U.S. Bank National Association

   By: /s/ Nisha B. Parikh
   Diaz Anselmo & Associates LLC
   1771 W. Diehl Rd., Ste. 120
   Naperville, IL 60563-4947
   630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
   ILBankruptcy@dallegal.com

This law firm is deemed to be a debt collector.

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022 a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Daniel A Springer, Debtor's Counsel
    Lydia Meyer, Trustee
    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Kimberly Deanne Neilson aka Kim D. Neilson, 975 Blackberry Court, Lake in the Hills, IL 60156

    /s/ Veronica Gerardo

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

IN RE:                                                            CASE NO. 19-81089

Kimberly Deanne Neilson                CHAPTER 13
aka Kim D. Neilson;

                                                             JUDGE Thomas M. Lynch

Debtor(s).

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes U.S. Bank National Association, secured creditor herein, by and through its attorneys, Diaz Anselmo & Associates LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on May 6, 2019. The Chapter 13 Plan was confirmed on August 15, 2019.

5. U.S. Bank National Association holds a mortgage secured by a lien on debtor's real estate commonly known as 975 Blackberry Ct, Lake in the Hills, IL 60156.

6. As of September 15, 2022 there is no equity in the property as the value is $229,000.00 (per Schedule A/B) and the total payoff amount is $247,022.80.

7. As of September 15, 2022 the loan is past due for the December 1, 2020 to November 1, 2021 payments in the amount of $2,041.72 each, the December 1, 2021 payment in the amount of $2,020.20, the January 1, 2022 to September 1, 2022 payments in the amount of $2,283.82 each.

The suspense credit is $75.90. The total default is $46,999.32, not including attorney fees and costs for bringing this motion.

8. The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9. The movant requests the Court order that Rule 4001(a)(3) is not applicable

Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

U.S. Bank National Association

 /s/ Nisha B. Parikh

Diaz Anselmo & Associates, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number: B22090036
This law firm is deemed to be a debt collector.