# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) <u>Kimberly Deanne Neilson aka Kim D. Neilson</u>   Case No. <u>19-81089</u>   Chapter <u>13</u>
All Cases: Moving Creditor <u>U.S. Bank National Association</u>   Date Case Filed <u>05/06/2019</u>
Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____
Chapter 13:   Date of Confirmation Hearing _____ or Date Plan Confirmed <u>08/15/2019</u>
Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____
2. Balance Owed as of Petition Date <u>$207,737.75</u>
   Total of all other Liens against Collateral <u>$0.00</u>
3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.
4. Estimated Value of Collateral (must be supplied in *all* cases) <u>$229,000.00 (per Schedule A/B)</u>
5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $ _____
   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of Months <u>22</u>   Amount <u>$46,999.32</u>
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $ _____
6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☐ Other "cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ☐ Redeem   ☐ Surrender   ☑ No Statement of Intention Filed

Date: 9/30/2022                    /s/ Nisha B. Parikh
                                   Counsel for Movant