UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 19-81089
Kimberly Deanne Neilson )
aka Kim D. Neilson; ) Chapter: 13
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On the motion of U.S. Bank National Association, a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given;

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of U.S. Bank National Association, its successors, and/or assigns in the property commonly known as 975 Blackberry Ct, Lake in the Hills, IL 60156.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable and the effect of this order is not stayed.

No further payments are to be disbursed to said creditor on its Proof of Claim.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: October 27, 2022

**Prepared by:**

Diaz Anselmo & Associates, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number: B22090036
This law firm is deemed to be a debt collector.