**Fill in this information to identify the case:**

Debtor 1      Kimberly Deanne Neilson

            aka Kim D. Neilson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern    District of      Illinois
                                                                    (State)

Case number                19-81089

## Official Form 410S1

# Notice of Mortgage Payment Change      **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    U.S. Bank National Association            **Court claim no.** (if known):      7-1

**Last four digits** of any number you use to identify the debtor's account:      4257

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2022

**New total payment:**
Principal, interest, and escrow, if any    $2,172.96

---

**Part 1:**    **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:**    $1,161.17        **New escrow payment:**    $1,050.31

**Part 2:**    **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**      %        **New interest rate:**      %

   **Current principal and interest payment**   $        **New principal and interest payment:**   $

**Part 3:**    **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Reason for change:**

   **Current mortgage payment:**    $        **New mortgage payment:**    $

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐        I am the creditor.

☒        I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Paul W. Cervenka                 Date    10/21/2022
   Signature

Print:    Paul W. Cervenka                 Title    Authorized Agent for U.S. Bank National Association
         First Name      Middle Name      Last Name

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
         Number      Street

         Dallas, Texas  75254
         City      State      Zip Code

Contact phone    (972) 643-6600       Email    POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 21, 2022 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Kimberly Deanne Neilson
975 Blackberry Court
Lake In The Hills, IL 60156


**Debtors' Attorney**
Daniel A. Springer
Springer Law Firm
5301 E State Street
Suite 216d
Rockford, IL  61108

**Chapter 13 Trustee**
Lydia Meyer
Lydia Meyer – 13 Trustee
P.o. Box 14127
Rockford, Illinois 61105-4127


                                                  Respectfully Submitted,

                                                  /s/  Paul W. Cervenka



**USbank**

U.S. Bank Home Mortgage
P.O. Box 21948
Eagan, MN 55121

**Home Mortgage**

KIMBERLY D NEILSON
975 BLACKBERRY CT
LAKE IN THE HILLS IL  60156-4601

### Contact Information

**Live Customer Support:**   **800-365-7772**
Mon-Fri 7 a.m. - 8 p.m. CT and Sat 8 a.m. - 2 p.m. CT

We accept relay calls
Automated Services also available at this number 24 hours

| Correspondence Address | Notice of Error and Request for Information |
|---|---|
| U.S. Bank Home Mortgage | U.S. Bank Home Mortgage |
| P.O. Box 21948 | P.O. Box 21977 |
| Eagan, MN 55121 | Eagan, MN 55121 |

Website   www.usbankhomemortgage.com

### Payment Information

ACCOUNT NUMBER:
ANALYSIS DATE:   09/22/22

| | PRESENT PAYMENT | NEW PAYMENT As of 12/01/22 |
|---|---|---|
| Principal & Interest (P&I) | 1,122.65 | 1,122.65 |
| Escrow Deposit | 750.52 | 1,009.87 |
| Shortage Spread | 168.55 | 40.44 |
| **Total** | **2,041.72** | **2,172.96** |

Representation of Printed Document

# Annual Escrow Account Disclosure Statement

Property Address: 975 BLACKBERRY CT
       LAKE IN THE HILLS IL 60156

## Coming Year Escrow Projections

The Coming Year Escrow Projection is a month by month estimate of activity in your escrow account over the next 12 months. Your current escrow balance and all anticipated payments and disbursements are included to determine the Projected Escrow Account Balance. When your escrow balance reaches its lowest point during an account cycle, that balance is targeted to be your cushion amount or low point. The Required Escrow Account Balance is the amount to be on deposit as allowed by Federal law, State law, and/or your mortgage documents; and may include a cushion of up to 1/6th of your Anticipated Annual Disbursements. Your projected low balance is 383.67 and the lowest required balance should not exceed 868.90. The amount is indicated below with an arrow (<). This results in a shortage of 485.23. Please retain this statement for comparison with the actual activity in your account.

### ANTICIPATED ANNUAL DISBURSEMENTS

| | |
|---|---|
| MORTGAGE INS | 1,691.52 |
| COUNTY TAX | 7,939.16 |
| HAZARD INS | 2,487.67 |
| **TOTAL DISBURSEMENTS** | **12,118.35** |
| 1/12th Total Annual Disbursements Monthly Deposit | 1,009.87 |

### ACCOUNT PROJECTIONS

| MONTH | ANTICIPATED AMOUNT TO ESCROW | ANTICIPATED AMOUNT FROM ESCROW | DESCRIPTION | PROJECTED ESCROW ACCOUNT BALANCE | REQUIRED ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|
| | | | Beginning Balance | 2,990.31 | 3,475.54 | |
| 12/22 | 1,009.87 | 140.96- | RBP MTG INS | 3,859.22 | 4,344.45 | |
| 01/23 | 1,009.87 | 140.96- | RBP MTG INS | 4,728.13 | 5,213.36 | |
| 02/23 | 1,009.87 | 140.96- | RBP MTG INS | 5,597.04 | 6,082.27 | |
| 03/23 | 1,009.87 | 140.96- | RBP MTG INS | 6,465.95 | 6,951.18 | |
| 04/23 | 1,009.87 | 140.96- | RBP MTG INS | 7,334.86 | 7,820.09 | |
| 05/23 | 1,009.87 | 140.96- | RBP MTG INS | 8,203.77 | 8,689.00 | |
| 05/23 | | 3,969.58- | COUNTY TAX | 4,234.19 | 4,719.42 | |
| 06/23 | 1,009.87 | 140.96- | RBP MTG INS | 5,103.10 | 5,588.33 | |
| 07/23 | 1,009.87 | 140.96- | RBP MTG INS | 5,972.01 | 6,457.24 | |
| 07/23 | | 2,487.67- | HAZARD INS. | 3,484.34 | 3,969.57 | |
| 08/23 | 1,009.87 | 140.96- | RBP MTG INS | 4,353.25 | 4,838.48 | |
| 08/23 | | 3,969.58- | COUNTY TAX | 383.67 | 868.90 | < |
| 09/23 | 1,009.87 | 140.96- | RBP MTG INS | 1,252.58 | 1,737.81 | |
| 10/23 | 1,009.87 | 140.96- | RBP MTG INS | 2,121.49 | 2,606.72 | |
| 11/23 | 1,009.87 | 140.96- | RBP MTG INS | 2,990.40 | 3,475.63 | |
| **TOTAL** | **12,118.44** | **12,118.35-** | | | | |

### PROJECTED ESCROW BALANCE SUMMARY

| | |
|---|---|
| AS OF 09/22/22 | |
| PROJECTED LOW BAL | 383.67 |
| LESS REQUIRED LOW BAL | 868.90 |
| SHORTAGE | 485.23 |
| ESCROW SHORTAGE PRORATED FOR 12 MONTHS | 40.44 |

**NOTICE:** This correspondence is sent only for informational purposes and/or for the purpose of compliance with the loan documents and/or applicable law. You may be afforded certain protections under the United States Bankruptcy Code. By this correspondence, U.S. Bank is not attempting to collect a debt, impose personal liability, or in any way violate the provisions of the United States Bankruptcy Code. For any questions related to the bankruptcy, please contact your bankruptcy attorney.

**Notices of Error and Requests for Information**

Borrowers have certain rights under Federal law related to resolving errors and requesting information about their mortgage account. Notices of Error and Requests For Information must be directed to U.S. Bank, Attention: Consumer Advocacy, P.O. Box 21977, Eagan, MN 55121. Your submission must be in writing and include the name of each borrower, the loan number and a description of the error you believe has occurred OR a request for specific information regarding your mortgage loan.



MEMBER FDIC  SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
EQUAL HOUSING LENDER

**USbank**

Home Mortgage

This space left intentionally blank

**Loan Number:** ▮▮▮▮▮▮▮  **ESCROW ACCOUNT HISTORY**  Date: 09/22/22

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

- An asterisk (*) indicates a difference from the projected activity in either the amount or date.

- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

- Your projected low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) received earlier OR later than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) received were less than OR greater than expected | • Exemption status lost or changed | • Coverage changed |
| | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous overage was returned to escrow | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
| • Previous shortage not paid entirely | • Tax installment not paid | • Premium was not paid |
| | • Tax refund received | • Premium refund received |
| | • New tax escrow requirement paid | • New insurance escrow requirement paid |
| | | • Lender placed insurance premium paid |

| MONTH | PAYMENTS TO ESCROW PROJECTED | ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|
| 11/21 | | | | 144.10 | RBP MTG INS | | 10,405.51- |
| 12/21 | | | | 144.10 | RBP MTG INS | | 10,549.61- |
| | | | | | BEGINNING BALANCE | 4,242.59 | 10,549.61- |
| 01/22 | 992.62 | 843.17 * | 144.10 | * | RBP MTG INS | 5,091.11 | 9,706.44- |
| 01/22 | | | | 144.10 * | RBP MTG INS | 5,091.11 | 9,850.54- |
| 02/22 | 992.62 | * | 144.10 | * | RBP MTG INS | 5,939.63 | 9,850.54- |
| 02/22 | | | | 144.10 * | RBP MTG INS | 5,939.63 | 9,994.64- |
| 03/22 | 992.62 | * | 144.10 | * | RBP MTG INS | 6,788.15 | 9,994.64- |
| 03/22 | | | | 144.10 * | RBP MTG INS | 6,788.15 | 10,138.74- |
| 04/22 | 992.62 | * | 144.10 | * | RBP MTG INS | 7,636.67 | 10,138.74- |
| 04/22 | | | | 144.10 * | RBP MTG INS | 7,636.67 | 10,282.84- |
| 05/22 | 992.62 | * | 144.10 | * | RBP MTG INS | 8,485.19 | 10,282.84- |
| 05/22 | | | 3,922.10 | 3,969.58 * | COUNTY TAX | 4,563.09 | 14,252.42- |
| 05/22 | | | | 144.10 * | RBP MTG INS | 4,563.09 | 14,396.52- |
| 06/22 | 992.62 | * | 144.10 | * | RBP MTG INS | 5,411.61 | 14,396.52- |
| 06/22 | | | | 144.10 * | RBP MTG INS | 5,411.61 | 14,540.62- |
| 07/22 | 992.62 | * | 144.10 | * | RBP MTG INS | 6,260.13 | 14,540.62- |
| 07/22 | | | 2,338.03 | * | HAZARD INS. | 3,922.10 | 14,540.62- |
| 07/22 | | | | 144.10 * | RBP MTG INS | 3,922.10 | 14,684.72- |
| 07/22 | | | | 2,487.67 * | HAZARD INS | 3,922.10 | 17,172.39- |
| 08/22 | 992.62 | * | 144.10 | 144.10 | RBP MTG INS | 4,770.62 | 17,316.49- |
| 08/22 | | | 3,922.10 | 3,969.58 * | COUNTY TAX | 848.52 < | 21,286.07- |
| 09/22 | 992.62 | 22,376.92 * E | 144.10 | * E | RBP MTG INS | 1,697.04 | 1,090.85 E |
| 09/22 | | | | 140.96 * | RBP MTG INS | 1,697.04 | 949.89 |
| 10/22 | 992.62 | 1,161.17 * E | 144.10 | 140.96 * E | RBP MTG INS | 2,545.56 | 1,970.10 E |
| 11/22 | 992.62 | 1,161.17 * E | 144.10 | 140.96 * E | RBP MTG INS | 3,394.08 | 2,990.31 E |
| 12/22 | 992.62 | * E | 144.10 | * E | RBP MTG INS | 4,242.60 | 2,990.31 E |
| TOTAL | 11,911.44 | 25,542.43 | 11,911.43 | 12,002.51 | | | |

The last analysis projected the disbursements from your escrow account would be 11,911.43. The required balance should not have exceeded 848.52. The Required Escrow Account Balance is the amount to be on deposit as allowed by Federal law, State law, and/or your mortgage documents; the amount is indicated with an arrow (<).

### Annual FHA Disclosure

FHA MORTGAGE INSURANCE: Your mortgage loan requires FHA mortgage insurance. Mortgage Insurance protects lenders and others against financial loss when borrowers default. Charges for the Mortgage Insurance Premiums (MIP) are added to your loan payments, placed into and paid monthly from your escrow account. The length of time the monthly MIP is required is based on the guidelines established by HUD at the time your loan closed, and/or the FHA case number was assigned. In some cases you may be able to cancel the annual MIP in advance of the projected amortization date by making additional payments of mortgage principal. For information concerning MIP cancellation, please contact our Customer Service Center at 800.365.7772.

### *****INFORMATION REGARDING PREPAID ESCROWED ITEMS*****

Please be advised, an annual review of your escrow account is conducted to determine the monthly escrow account payments for the next computation year. An Escrow Account computation year is a 12-month period beginning from either the initial payment on a new loan or at the completion of the escrow account computation year on loans previously analyzed. In conducting the escrow account analysis, the amount of the escrowed items may be estimated if unknown, or may be based on the preceding year's charge. In addition, the disbursement date of the escrowed item must be within the computation year and on or before the deadline to avoid a penalty.

This annual review may have identified an escrow item due date that falls outside of the computation period, thus is not included in this year's escrow collection. When this occurs, this can create an escrow shortage on your next annual escrow review. To avoid a potential shortage you may elect to voluntarily pay more into your escrow account. Please contact our Customer Service Center at 800.365.7772 if you have any concerns regarding your Annual Escrow Account Disclosure Statement.



U.S. Bank Home Mortgage
P.O. Box 21948
Eagan, MN 55121

**Home Mortgage**

▬▬▬▬▬▬▬▬▬▬▬▬

KIMBERLY D NEILSON
975 BLACKBERRY CT
LAKE IN THE HILLS IL  60156-4601

Representation of Printed Document

Dear Valued U.S. Bank Home Mortgage Customer,

**Your escrow account has a shortage of  $485.23**

If you would like to voluntarily pay your escrow shortage at this time, please use the attached escrow coupon or pay your shortage amount online at www.usbankhomemortgage.com. The option to pay online may not be available depending upon payment due date and account status.

Please note, the total escrow shortage has been divided over the next 12 months. The new monthly escrow deposit reflects any adjustments in your tax and/or insurance disbursements. This has resulted in your monthly mortgage payment being adjusted to $2,172.96 effective 12/01/22.

If you choose to pay the entire shortage amount prior to the effective date, your new monthly payment will be $2,132.52, based on the anticipated annual disbursements.  Please allow for adequate processing time.

Thank you for being a U.S. Bank Home Mortgage customer.  Please contact us at 800-365-7772 if you have any questions.

*Please mail the coupon below with your shortage payment.*



**ESCROW SHORTAGE COUPON**
*(THIS IS NOT A BILL.)*

Internet Reprint

▬▬▬▬▬▬▬▬▬▬▬▬

Please make your check payable to:

U.S. BANK HOME MORTGAGE
PO BOX 790415
ST LOUIS MO  63179-0415

| Shortage Amount _____ |
| --- |

*Please write your loan number on your check and return this coupon with your payment.*